DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANTON MORTIMER** and **SILVANIE MORTIMER,**
Appellants,

v.

**FIRST COMMUNITY INSURANCE COMPANY,**
Appellee.

No. 4D19-2760

[October 29, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE16-011895.

Melissa A. Giasi and Erin M. Berger of Giasi Law P.A., Tampa, for appellants.

Mark D. Tinker of Cole, Scott & Kissane, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER, and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***